# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES P. CIBULKA,<br><br>    Petitioner,<br><br>vs.<br><br>D.W. NEVEN, *et al.*,<br><br>    Respondents. | Case No. 2:14-cv-00644-APG-CWH<br><br>**ORDER** |

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On July 15 and 17, 2014, the Clerk sent minute orders to petitioner at his address of record. (Dkt. #8 & #11). The orders were returned to the Court as undeliverable – markings on the envelope indicate the following: "return to sender – unable to forward – vacant." (Dkt. #12 & #13). Petitioner has not notified the Court of a new address.

    Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of petitioner's failure to keep the Court informed of his address as required by LSR 2-2, the Court will dismiss this action with prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions are **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

Dated this 17th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE