# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES P. CIBULKA,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-00644-APG-CWH

**ORDER**

    This closed action was a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by an inmate. By order filed October 17, 2014, the Court dismissed this action pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals because mail sent to petitioner was returned as undeliverable. (Dkt. #14).

    On July 6, 2015, petitioner sent a letter to the Court inquiring about this case and seeking copies of documents. (Dkt. #17). The letter was sealed by the Clerk of Court because it contains petitioner's social security number. Petitioner, who was in the custody of the Department of Corrections when he first submitted his petition in this case, later updated his address to a street address. Petitioner states that he is now back in custody, serving a six-month sentence at the Clark County Detention Center. To the extent that petitioner seeks the status of this case, the Court will direct the Clerk of Court to send petitioner a copy of the Court's order filed October 17, 2014, along with the judgment of the same date, and a copy of the CM/ECF docket printout in this case. To the

extent that petitioner seeks copies of other documents in the court file, the Clerk's Office will provide copies of documents and of a docket sheet at $0.10 per page for documents printed from the electronic docket.  Checks in the exact amount should be made payable to "Clerk, USDC."

**IT IS THEREFORE ORDERED** that the Clerk of Court shall send petitioner a copy of the following: the Court's order filed October 17, 2014 (dkt. #14); the Clerk's judgment (dkt. #15); and a copy of the CM/ECF docket printout in this case.

**IT IS FURTHER ORDERED** that petitioner shall file no further documents in this closed case.

Dated this 9th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE